**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| ESTATE OF CAPTAIN DAVID JOHN PAUL THOMPSON, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> MISSION ESSENTIAL PERSONNEL, LLC, <br><br> Defendant. | Civil Action No.  1:11-cv-547 <br><br> **DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

COMES NOW Defendant Mission Essential Personnel, LLC ("MEP" or "Defendant"), by and through undersigned counsel, and respectfully moves this Court for an Order dismissing this action for lack of personal jurisdiction, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

In support of this motion, MEP submits a Memorandum of Law filed contemporaneously herewith.

Dated: October 31, 2011

/s/Anthony T. Lathrop
Anthony T. Lathrop, Esquire
N.C. Bar No. 15941
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone:  (704) 331-3596
Tonylathrop@mvalwa.com
*Local Counsel for Defendant Mission
Essential Personnel, LLC.*

/s/  Tara Lee
Tara Lee, Esquire
Joe Davis, Esquire
DLA PIPER LLP (US)
11911 Freedom Drive, Suite 300
Reston, Virginia 20190-5602
Telephone:  (703) 773.4150
Tara.Lee@dlapiper.com
Joe.Davis@dlapiper.com
*Counsel for Defendant Mission
Essential Personnel, LLC.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing **Defendant's Motion to Dismiss for Lack of Personal Jurisdiction** has been filed electronically with the Clerk of the Court using the CM/ECF, which will send notification of the filing to the following:

Wade E. Byrd
The Law Offices of Wade E. Byrd, P.A.
POD 2797
Fayetteville, NC  28302
wbyrd@wadebyrdlaw.com

Bradley M. Henry
Leo V. Boyle
Michael B. Bogdanow
Meehan, Boyle, Black & Bogdanow, P.C.
Two Century Plaza, Suite 600
Boston, MA  02108
bhenry@meehanboyle.com

On this the 31st day of October, 2011.

MOORE & VAN ALLEN PLLC

/s/ Anthony T. Lathrop
