UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ESTATE OF CAPTAIN DAVID JOHNPAUL THOMPSON, by and through EMILY THOMPSON, Executor; CHIEF WARRANT OFFICER THOMAS RUSSELL and TINA RUSSELL, Individually and as Parents and Next Friends of their Minor Children, SKR, ATR and ARR; and ESTATE OF SPECIALIST MARC P. DECOTEAU, by and through MARK DECOTEAU, Executor, <br><br>Plaintiffs, <br><br>v. <br><br>MISSION ESSENTIAL PERSONNEL, LLC, <br><br>Defendant. | Civil Action No. 1:14-cv-01251-GBL-TRJ |

## CONSENT ORDER GRANTING CONSENT MOTION
## FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS

THIS MATTER comes before the Court on the Consent Motion for Extension of Time to File Motion to Dismiss filed by Mission Essential Personnel, LLC (the "Defendant"). Defendant requests an extension of time to file an answer or otherwise respond to the Plaintiffs' Amended Complaint (ECF No. 60 ).

IT APPEARING TO THE COURT from endorsement of this Order that Plaintiffs consent to Defendant's request for an extension of time; and

IT FURTHER APPEARING TO THE COURT that there is good cause for granting the Motion; it is hereby

ORDERED Defendant shall have up to and including March 9, 2015 to file its Motion to Dismiss Plaintiffs' Amended Complaint.

Entered this 14th day of January 2015.

/s/
Gerald Bruce Lee
United States District Judge

_____
United States District Judge