UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Civil Action No. 1:14-cv-01251 (GLB and TRJ)

ESTATE OF CAPTAIN DAVID JOHNPAUL THOMPSON, by and through EMILY THOMPSON, Executor; CHIEF WARRANT OFFICER THOMAS RUSSELL and TINA RUSSELL, Individually and as Parents and Next Friends of their Minor Children, SKR, ATR and ARR; and ESTATE OF SPECIALIST MARC P. DECOTEAU, by and through MARK DECOTEAU, Executor,

           Plaintiffs,

v.

MISSION ESSENTIAL PERSONNEL, LLC,
           Defendant.

## **STIPULATION OF DISMISSAL**

NOW COME the parties to the above-captioned action and pursuant to Rule 41(a)(1)(A)(ii) Fed. R. Civ. P. stipulate to the dismissal of this action (and of the predecessor action in the Middle District of North Carolina, Docket Number 1:11-cv-00547) WITH PREJUDICE and without costs to any party, and further stipulate to the waiver of all appeals, said dismissal to act as res judicata as to all claims and issues which were or could have been raised in either lawsuit.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| The plaintiffs, | The defendant, |
| By their counsel, | By its counsel, |
| | |
| */s/ Leo V. Boyle* | */s/ Tara M. Lee* |
| _____ | _____ |
| Leo v. Boyle, Esq., 052700 | Tara M. Lee, Esq., 71594 |
| lboyle@meehanboyle.com | tara.lee@dlapiper.com |
| Bradley M. Henry, Esq., 559501 | Joseph C. Davis, Esq., 79574 |
| bhenry@meehanboyle.com | joe.davis@dlapiper.com |
| MEEHAN, BOYLE, BLACK & BOGDANOW, P.C. | DLA PIPER LLP (US) |
| Two Center Plaza, Suite 600 | 11911 Freedom Drive, Suite 300 |
| Boston, MA 02108 | Reston, VA 20190 |
| P: (617) 523-8300, F: (617) 523-0525 | P: (703) 773-4150, F: (773) 773-5150 |

           AND

*/s/ Victor M. Glasberg*
_____
Victor M. Glasberg, Esq., 16184
Victor M. Glasberg & Associates
121 S Columbus Street
Alexandria, VA 22314
P: (703) 684-1100, F: (703) 684-1104
vmg@robinhoodesq.com

## CERTIFICATE OF SERVICE

      I, Leo V. Boyle, counsel for the plaintiffs, certify that on February 26, 2015, I served the forgoing Stipulation of Dismissal, by electronic mail upon all counsel of record for the defense: Tara M. Lee, Esq., Joseph C. Davis, Esq., DLA PIPER, One Fountain Sq., 11911 Freedom Drive, Suite 300, Reston, VA 20190-5602.

      */s/ Leo V. Boyle*
      _____
      Leo V. Boyle