UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Civil Action No. 1:14-cv-01251 (GLB and TRJ)

ESTATE OF CAPTAIN DAVID JOHNPAUL THOMPSON, by and through EMILY THOMPSON, Executor; CHIEF WARRANT OFFICER THOMAS RUSSELL and TINA RUSSELL, Individually and as Parents and Next Friends of their Minor Children, SKR, ATR and ARR; and ESTATE OF SPECIALIST MARC P. DECOTEAU, by and through MARK DECOTEAU, Executor,

         Plaintiffs,

v.

MISSION ESSENTIAL PERSONNEL, LLC,
         Defendant.

## STIPULATION OF DISMISSAL

  NOW COME the parties to the above-captioned action and pursuant to Rule 41(a)(1)(A)(ii) Fed. R. Civ. P. stipulate to the dismissal of this action (and of the predecessor action in the Middle District of North Carolina, Docket Number 1:11-cv-00547) WITH PREJUDICE and without costs to any party, and further stipulate to the waiver of all appeals, said dismissal to act as res judicata as to all claims and issues which were or could have been raised in either lawsuit.

Respectfully submitted,

The plaintiffs,
By their counsel,

/s/ Leo V. Boyle

Leo v. Boyle, Esq., 052700
lboyle@meehanboyle.com
Bradley M. Henry, Esq., 559501
bhenry@meehanboyle.com
MEEHAN, BOYLE, BLACK & BOGDANOW, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108
P: (617) 523-8300, F: (617) 523-0525

        AND

/s/ Victor M. Glasberg

Victor M. Glasberg, Esq., 16184
Victor M. Glasberg & Associates
121 S Columbus Street
Alexandria, VA 22314
P: (703) 684-1100, F: (703) 684-1104
vmg@robinhoodesq.com

Respectfully submitted,

The defendant,
By its counsel,

/s/ Tara M. Lee

Tara M. Lee, Esq., 71594
tara.lee@dlapiper.com
Joseph C. Davis, Esq., 79574
joe.davis@dlapiper.com
DLA PIPER LLP (US)
11911 Freedom Drive, Suite 300
Reston, VA 20190
P: (703) 773-4150, F: (773) 773-5150

So Ordered

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge
for Judge Lee
2/27/15